■ JUNE D. SMALLBACK, as Administratrix of the Estate of WILLIAM SMALLBACK, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 58587.)—Judgment unanimously affirmed, with costs, for the reasons stated in the memorandum decision at the Court of Claims, Moriarty, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Dillon, P. J., Simons, Hancock, Jr., Doerr and Moule, JJ.